**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
3556 E. Russell Rd.
Las Vegas, Nevada 89120
Ph: (702) 341-5200/Fx: (702) 341-5300
dspringmeyer@wrslawyers.com
cmixson@wrslawyers.com

*Attorneys for Petitioner Pyramid Lake Paiute Tribe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORR WATER DITCH CO., et al.,<br><br>　　　　Defendants.<br><br>Re Nevada State Engineer Ruling No. 6327. | Case No. 3:73-CV-00035-LDG<br>(In Equity A-3-LDG)<br><br>**STIPULATION AND ORDER FOR STAY OF BRIEFING SCHEDULE PENDING SETTLEMENT DISCUSSIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties herein, through their undersigned counsel of record, to stay these District Court proceedings pending ongoing settlement discussions among the Parties. The parties had already begun settlement discussions prior to the district court's June 8, 2017 Order setting a briefing schedule. Counsel for the parties have agreed in principle on settlement terms, which they intend to present to their clients for approval in July 2017. Undersigned counsel for all parties therefore request a stay of

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

**STIPULATION AND　　ORDER FOR STAY**

1 | this matter pending the outcome of such settlement discussions, and an order that they provide a
2 | status report to the Court on or before August 31, 2017.
3 |     Respectfully submitted this 17th day of July, 2017.

5 | **WOLF, RIFKIN, SHAPIRO,**           **TAGGART & TAGGART, LTD.**
    **SCHULMAN & RABKIN, LLP**

  /s/ *Chris Mixson*                      /s/ *David Rigdon*
DON SPRINGMEYER, ESQ.                  PAUL TAGGART, ESQ.
Nevada Bar No. 1021                    Nevada Bar No. 6136
CHRISTOPHER W. MIXSON, ESQ.            DAVID RIGDON, ESQ.
Nevada Bar No. 10685                   Nevada Bar No. 13567
3556 E. Russell Rd.                    108 N. Minnesota St.
Las Vegas, Nevada 89120                Carson City, NV 89703

*Attorneys for Pyramid Lake Paiute Tribe*       *Attorneys for the City of Fernley, NV*

**ATTORNEY GENERAL,**
**STATE OF NEVADA**

  /s/ *Justina Caviglia*
JUSTINA A. CAVIGLIA, ESQ.
Deputy Attorney General
Nevada Bar No. 9999
100 N. Carson St.
Carson City, NV 89701

*Attorneys for the Nevada State Engineer*

**IT IS SO ORDERED.**

Dated: ___19 July___, 2017

By: _____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

-2-
**STIPULATION AND ORDER FOR STAY**